UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**MILLENNIUM PIPELINE COMPANY, L.L.C.**,

                Plaintiff,

       -*vs*-

**CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No Number) THAYER ROAD, S.B.L. No. 63.00-1-24.1, TOWN OF ERIN, COUNTY OF CHEMUNG, NEW YORK, Nathaniel Hendricks, et al., and Unknown Owners,**

                Defendants.

**ORDER**

07- CV-6560L

---

On April 7, 2008, the Court issued an Order (Dkt. #23) granting plaintiff's motion for a preliminary injunction in this case. The Court having previously issued an Order to that effect (Dkt. #14), the latter Order was unnecessary and was entered solely due to a clerical oversight. It is therefore vacated.

**CONCLUSION**

The Order Granting Preliminary Injunction for Immediate Entry (Dkt. #23) issued on April 7, 2008, is hereby vacated in all respects.

IT IS SO ORDERED.

                              _____
                                 DAVID G. LARIMER
                               United States District Judge

Dated: Rochester, New York
       April 10, 2008.